UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

JARED M. LANS,                                               Case No.:

                Plaintiff,

                -against-                                   **RULE 7.1 STATEMENT**

ADVANTA BANK CORP. a/k/a ADVANTA BUSINESS
SERVICES CORP., JOHN DOES and NCB
MANAGEMENT SERVICES INCORPORATED

                Defendant.
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Advanta Bank Corp. certifies as follows:

        1. Advanta Bank Corp. is a wholly owned subsidiary of Advanta Corp., a publicly traded company.

        2. On March 19, 2010, the Commissioner of Financial Institutions of the State of Utah appointed the FDIC as the receiver of Advanta Bank Corp.

Dated: New York, New York
           November 30, 2010

                                       SATTERLEE STEPHENS BURKE
                                       & BURKE LLP

                                       By:     Walter A. Saurack
                                       *Attorneys for Defendant*
                                       *Advanta Bank Corp.*
                                       33 Wood Avenue South
                                       Iselin, New Jersey 08830
                                       (732) 603-4966

To: Jared M. Lans, Esq.
STRULL & LANS, LLC
*Attorneys for Plaintiff*
411 Hackensack Avenue, 3rd Floor
Hackensack, NJ 07601

Ross S. Enders, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
*Attorneys for Defendant*
*NCB Management Services Incorporated*
200 Route 31 North, Suite 203
Flemington, NJ 08822

1042784_1